UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RYAN WILSON, an individual, | CASE NO. 12-5436 RJB |
| Plaintiff, | ORDER ON DEFENDANTS' MOTION FOR RELIEF FROM DEADLINE TO DISCLOSE EXPERT TESTIMONY |
| v. | |
| APARTMENT MANAGEMENT CONSULTANTS, LLC, a Utah corporation; and AMBER ANDERSON, an individual, | |
| Defendants. | |

This matter comes before the Court on the Defendants' Motion for Relief from Deadline to Disclose Expert Testimony.  Dkt. 24.  The Court has considered the pleadings filed regarding the motion and the remaining file.

In this case, Plaintiff asserts that his employment was wrongfully terminated due to his disability - diabetes.  Dkt. 16.  He makes a claim for disability discrimination, under federal law pursuant to the Americans with Disabilities Act ("ADA") 42 U.S.C. § 12101, *et seq.*  *Id.*  He

1  makes additional claims under Washington law for disability discrimination, wrongful

2  termination, defamation, and tortious interference with a business expectancy.  *Id.*  He seeks

3  declaratory and injunctive relief, and damages.  *Id.*

4        In the pending motion, Defendants seek an extension of time for the deadline to disclose

5  expert testimony to January 31, 2013.  Dkt. 24.  They wish to engage a vocational rehabilitation

6  expert to opine on the adequacy of Plaintiff's post termination job search.  Defendants assert that

7  this evidence will be relevant as to whether Plaintiff has mitigated his damages.  *Id.*  They

8  propose allowing Plaintiff an extension of the discovery deadline to March 1, 2013, insofar as is

9  necessary, to conduct his own discovery related to this expert disclosure.  Dkt. 30.

10       Plaintiff opposes the motion.  Dkt. 28.  He argues that Defendants have not been timely

11  with other discovery and should not be given an extension now.  *Id.*

12       Trial is set to begin on May 20, 2012.  Dkt. 13.

13       Pursuant to Fed. R. Civ. P. 16(b)(4), the Court may modify the scheduling order for good

14  cause.  Defendants' motion (Dkt. 24) should be granted.  They have shown sufficient good cause

15  for an extension of the deadline to disclose expert witnesses to January 31, 2013.  Plaintiff

16  should have until March 1, 2013 to conduct discovery related to this disclosure, if he so wishes.

17       Therefore, it is hereby **ORDERED** that:

18           &bull;  Defendants' Motion for Relief from Deadline to Disclose Expert Testimony (Dkt.

19              24) is **GRANTED**;

20           &bull;  The deadline to disclose expert witnesses is **January 31, 2013**;

21           &bull;  Plaintiff has until **March 1, 2013** to conduct discovery related to this disclosure,

22              if  he so wishes.

23

24

ORDER ON DEFENDANTS' MOTION FOR
RELIEF FROM DEADLINE TO DISCLOSE
EXPERT TESTIMONY- 2

1    The Clerk is directed to send uncertified copies of this Order to all counsel of record and

2   to any party appearing *pro se* at said party's last known address.

3    Dated this 17th day of January 2013.

4

5

6   ROBERT J. BRYAN
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ON DEFENDANTS' MOTION FOR
RELIEF FROM DEADLINE TO DISCLOSE
EXPERT TESTIMONY- 3